Before HIGGINBOTHAM, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Cynthia Faye Setser has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Setser has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Before HIGGINBOTHAM, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Cynthia Faye Setser has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Setser has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Cynthia Faye SETSER, Defendant–Appellant.**

No. 08–11197
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 18, 2009.

Susan B. Cowger, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Shannon Hooks, Austin, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Benjamin Francisco ALVAREZ, Defendant–Appellant.**

No. 08–11109
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 18, 2009.

Susan B. Cowger, John E. Kull, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.